**616**

**Terrance BATES, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 61723.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 13, 1992.

Dave Hemingway, St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial without an evidentiary hearing of his Rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Roma POOLE, Jr., Appellant.**

No. 61248.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 13, 1992.

Sandra Moore–Dyson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from a jury conviction of drug trafficking in the second degree in violation of § 195.223(3) RSMo. (1989). We affirm.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).